UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-48181-WSD
DARRYL A BEAN  CHAPTER 13 PROCEEDINGS
 HON. WALTER SHAPERO.DETROIT

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DARRYL A BEAN<br>11800 WASHBURN<br>DETROIT, MI 48204-0000<br>SSN: XXX-XX-8639 | N/A | N/A | DEBTOR REFUND | 1319401 | 11/10/10 | $ 6.41 |

DATED: November 17, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    1049131
DETROIT, MICHIGAN 48231-1930

0748181  00000  017414  1319401
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 11/10/2010                                                                 Check No: 1319401
Payee: CLERK OF US BANKRUPTCY COURT

| 0748181 | DARRYL A BEAN | | | 6.41 | 0.00 | 6.41 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1319401
SunTrust Bank

FOR  DARRYL A BEAN
BK:0748181  ACCT:
PRIN:    6.41    INT:    0.00

DATE  Nov 10, 2010
AMOUNT
**********6.41

PAY  **6.41**
Six And 41 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $6.41
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-48181-WSD
DARRYL A BEAN  CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

FREGO & BRODSKY PLC
23843 JOY ROAD
DEARBORN HEIGHTS, MI 48127

**Last Known Address for Debtor:**

DARRYL A BEAN
11800 WASHBURN
DETROIT, MI 48204

DATED: November 17, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226